STATE OF NEW JERSEY v. FRED JONES.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS WILLIAMS.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. TERENCE SHARKEY.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN HILL.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MILTON LEWTER.

October 29, 1985.

Petition for certification denied.